IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR24-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JASON LEE WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon Defendant's Motion for Credit for Time Served. After consultation with the Probation Office, the Court believes the Bureau of Prisons has adequately calculated Defendant's release date. Defendant's motion is therefore DENIED.

IT IS SO ORDERED.

**Signed: January 5, 2006**

Graham C. Mullen
Chief United States District Judge